IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JIMMY THIRSTY,** an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 20-CV-421-KEW ) |
| **GREENLEAF NURSERY CO.,** a domestic corporation. | ) ) ) ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Jimmy Thirsty, by and through his counsel of record, Armstrong & Vaught, P.L.C., and Defendant, Greenleaf Nursery Co., by and through its counsel of record, Hall Estill, hereby stipulate to a dismissal of all of Plaintiff's claims and causes of action in the above styled and numbered case with prejudice, each party to bear their own attorney's fees and costs.

Dated this 6th day of January, 2022.

Respectfully submitted,

**ARMSTRONG & VAUGHT, P.L.C.**

By: /s/ *Jessica N. Vaught*
Charles C. Vaught, OBA #19962
Jessica N. Vaught, OBA #33114
2727 East 21st Street, Suite 505
Tulsa, OK 74114
(918) 582-2500 – *Telephone*
(918) 583-1755 – *Facsimile*
cvaught@a-vlaw.com
jvaught@a-vlaw.com
***Attorneys for Plaintiff***

and

/s/ *Lindsay N. Kistler*
*(signed by Plaintiff's attorney with permission of Defendant's attorneys)*
Elaine R. Turner, OBA #13082
Lindsay N. Kistler, OBA #32814
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2828
Facsimile:  (405) 553-2855
**ATTORNEYS FOR DEFENDANT,
GREENLEAF NURSERY CO.**